**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TECNOGLASS INC., JOSÉ DAES, AND
CHRISTIAN DAES,

               Plaintiffs,

    v.

CHRISTIAN LAMARCO AND SHADYSIDE
PARTNERS, LLC,

               Defendants.

Case No. 25 Civ. 07450 (PAE)

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Tecnoglass Inc., José Daes, and Christian Daes, by and through their undersigned counsel, hereby voluntarily dismiss the above-captioned case without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

               Respectfully submitted,

               **QUINN EMANUEL URQUHART**
                  **& SULLIVAN, LLP**

Dated: New York New York
     November 26, 2025       By:    */s/ Alex Spiro*

               Alex Spiro
               Cory D. Struble
               Michael R. Bloom
               295 Fifth Avenue
               New York, New York 10016
               Tel:   (212) 849-7000
               Email: alexspiro@quinnemanuel.com
                      corystruble@quinnemanuel.com
                      michaelbloom@quinnemanuel.com

               *Attorneys for Tecnoglass Inc., José Daes, and*
               *Christian Daes*